UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOVEDADES Y SERVICIOS, INC. and ESPERANZA GOMEZ ESCOBAR,

Plaintiffs - Appellees,

v.

FINANCIAL CRIMES ENFORCEMENT NETWORK; et al.,

Defendants - Appellants.

No. 25-4238

D.C. No.
3:25-cv-00886-JLS-DDL

Southern District of California, San Diego

MANDATE

The judgment of this Court, entered July 13, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT